

COLONEL D. SAMUEL DOTSON III, *CHIEF OF POLICE*

Service, Integrity, Leadership And Fair Treatment To All.

# METROPOLITAN POLICE DEPARTMENT

CITY OF ST. LOUIS • 1200 CLARK AVENUE • ST. LOUIS, MISSOURI 63103

March 27, 2013

Sgt. Gary Wiegert
2028 Hickory Street
St. Louis, Missouri 63104

Dear Sgt. Wiegert:

As you've been advised, your application for secondary employment could not be approved, inasmuch as the application states your secondary employment as self-employment, your employment address is within the city limits of the City of St. Louis, and you have been unable to produce a business license issued by the City of St. Louis. Furthermore, your application did not contain a "detailed explanation" of your duties, as required by Special Order 3-07.H.1.a. Instead, it merely stated under the "Specific Duties" category "Lobbyist activities in Jefferson City." Please feel free to resubmit the application at any time.

If you submit another application, please include information that would help the Department assess whether the requested secondary employment would comply with Paragraph A-2 of Section 7.005 of the Police Manual, which states that the Manual does not authorize a member of this Department to engage in any political activity while on duty for which compensation is being paid, or while in uniform that identifies him/her as a member of this Department. Also, Section 7.005.C sets forth prohibited political activity. A re-submitted application could explain whether you believe that the secondary employment is not prohibited by the Manual and whether it would otherwise interfere with the efficient performance of your official duties, or create a conflict or an apparent conflict of interest in your role as a police officer. Your filings with the Missouri Ethics Commission could assist in this process.

I note that to date you have not taken advantage of the option provided by the Police Manual in Section 7.005-D, to request a determination whether your proposed secondary employment is permitted. I wish to emphasize that no one in senior leadership would want to make any determination in a vacuum of information, based only on hearsay. Please feel free to make that request. Again, the type of information described above would be helpful in assessing that application.



DEFENDANT'S EXHIBIT A

Sgt. Gary Wiegert
Page 2
March 27, 2013

If and when you provide a re-submitted application or a request for an advance determination, it will be reviewed and assessed.

Very truly yours,

D. Samuel Dotson III
Colonel
Chief of Police